IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ELISHA SACUS                                                              PLAINTIFF

v.                                                    CIVIL ACTION NO. 1:19-CV-00072-GHD-RP

FOOD GIANT SUPERMARKETS, INC.                                            DEFENDANT

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Considering the parties' joint motion *ore tenus* to dismiss this action with prejudice, it is hereby ORDERED that this case is DISMISSED WITH PREJUDICE and CLOSED, with each party to bear their own costs, as agreed to by the parties.

SO ORDERED, this, the 6th day of January, 2020.

_____
SENIOR U.S. DISTRICT JUDGE